I concur specially to point out that the opinion addresses the statute of limitations issue only because that is the issue that was tried and submitted to the jury and is the issue raised and argued on appeal. In reality, however, this is not a statute of limitations case. Rather, the real issue issurvivability. The only cause of action pleaded and presented at trial was the alleged misrepresentation practiced by Defendant on Herndon. No cause of action was filed during Herndon's lifetime; therefore, no tort action or cause of action survived his death. Code 1975, § 6-5-462. It follows, then, that the statute of limitations issue is immaterial. SeeDavis v. Southern United Life Ins. Co., 494 So.2d 48 (Ala. 1986).
TORBERT, C.J., concurs.